# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-8542-R                                           DATE: MARCH 29, 2012

TITLE: JOYCE FLYNN -V- C R BARD INC
================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

William Horrell                                                              N/A
Deputy Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                            Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
                              dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON APRIL 9,

2011 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                                  Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                           D-M